

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2022

No. 04-22-00293-CR

Jenna K. **LEWIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR191052
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's brief originally was due on August 10, 2022. Appellant has been granted one extension until September 9, 2022. On August 31, 2022, appellant filed a motion requesting a thirty-day extension. The motion is GRANTED. Appellant is ORDERED to file his brief **no later than October 10, 2022**. Appellant is cautioned that further requests for an extension of time will be disfavored in the absence of extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court